SEALED

 FILED

OCT 2 9 2024

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2024
OCTOBER 29, 2024 SESSION**

**UNITED STATES OF AMERICA**

**v.**    CRIMINAL NO. _2:24-cr-00171_
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

**JAMES J. VANEST**

I N D I C T M E N T

The Grand Jury Charges:

1.    On or about July 12, 2024, at or near Ripley, Jackson County, West Virginia, and within the Southern District of West Virginia, defendant JAMES J. VANEST knowingly possessed the following firearms, in and affecting interstate commerce:

a.    A loaded Girsan, model MC 1911 S10, .10mm caliber pistol, and

b.    A loaded Burgu Metal, model BRG9 Elite, .9mm caliber pistol.

2.    At the time defendant JAMES J. VANEST possessed the aforesaid firearms, he knew he had been convicted of the following crimes each of which was punishable by a term of imprisonment exceeding one year as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about August 24, 1995, in the Northern District of Ohio, of Armed Bank Robbery in violation of Title 18, United States

Code, Section 2113(a)(d), use of a firearm to commit armed bank robbery in violation of Title 18, United States Code, Section 924(c), and Possession of a firearm in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

The allegations contained in this Indictment are realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d)(1), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

Pursuant to 28 U.S.C. § 2461(c), 18 U.S.C. § 924(d)(1), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, and premised upon the conviction of defendant JAMES J. VANEST, of a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) as charged in the Indictment, defendant JAMES J. VANEST shall forfeit to the United States any property constituting or derived from any proceeds obtained, directly or indirectly, as a result of such offense and any property, including any firearms or ammunition, used, intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense including but not limited to the following property seized on or about July 12, 2024:

a. a Girsan, model MC 1911 S10, .10mm caliber pistol, serial number: T6368-22DV01885 along with associated ammunition, and

b. a Burgu Metal, model BRG9 Elite, .9mm caliber pistol, serial number: TG019-22C02718 along with associated ammunition,

WILLIAM S. THOMPSON

United States Attorney

By: _____

JUDSON C. MACCALLUM
Assistant United States Attorney