UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                  CRIMINAL NO. 2:24-cr-00171

JAMES J. VANEST

**O R D E R**

    Upon consideration of the United States Motion to Unseal, it is hereby

    **ORDERED** that the Indictment in this case be unsealed.

ENTER:  _November 19, 2024_____

_____
HONORABLE DAVID A. FABER
UNITED STATES DISTRICT JUDGE