IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:24-cr-00171

JAMES J. VANEST

NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through Judson C. MacCallum, Assistant United States Attorney for the Southern District of West Virginia, by leave of Court endorsed hereon, hereby dismisses with prejudice the indictment filed herein against JAMES J. VANEST in Criminal No. 2:24-cr-00171 due to the death of the Defendant.

Respectfully submitted,

WILLIAM S. THOMPSON
United States Attorney

/s/Judson C. MacCallum
JUDSON C. MacCALLUM
Assistant United States Attorney
WV Bar No.11632
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax:  304-347-5104
Email:Judson.maccallum@usdoj.gov