IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 2:24-cr-00171

JAMES J. VANEST

ORDER

It is ORDERED that leave of Court be and it is hereby granted for the filing of the dismissal with prejudice of the Indictment in this case.

The Clerk is directed to send a certified copy of this Order to all counsel of record and to the United States Marshals Service.

Enter:　December 4, 2024

David A. Faber
Senior United States District Judge